In the Matter of the Petition of Florence M. Bodine et al., Appellants, for the Removal of Ronald K. Brown et al., as Substituted Trustees under the Will of George Chester-man, Deceased, Respondents.

Alice M. Bodine et al., Respondents.

*Matter of Bodine*, 96 App. Div. 625, appeal dismissed.
(Argued January 11, 1905; decided January 17, 1905.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 11, 1904, which affirmed an order of Special Term dismissing the petition herein.

*William F. Quigley* for appellants.

*George W. Van Slyck, George Q. Collins* and *Ronald K. Brown* for trustees, respondents.

*W. A. Purrington* for Alice M. Bodine, respondent.

Appeal dismissed, with costs to all parties appearing in this court by separate attorneys; no opinion.

Concur: Cullen, Ch. J., Gray, O'Brien, Bartlett, Haight, Vann, and Werner JJ.